UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ALBERT ANDRES MORALES FLORES,**<br><br>Petitioner,<br><br>v.<br><br>**WARDEN, DELANY HALL DETENTION FACILITY, et al.,**<br><br>Respondents. | Civil Action No. 25-18622 (MCA)<br><br>ORDER |

Petitioner, a citizen of Venezuela, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention on December 12, 2025, by the Department of Homeland Security ("DHS").[1] On December 29, 2025, Respondents filed a letter response (ECF No. 5), stipulating to the relevant facts alleged in the Petition[2] and acknowledging that they rely on the same statutory interpretation set forth in *Matter of Yajure Hurtado*, 29 I&N Dec. 215 (BIA 2025), which was rejected by this Court in *Vasquez Lucero v. Soto*, et al, No. 25-16737-MCA, 2025 WL 3240895 (D.N.J. Nov. 20, 2025); *see also Rivera Zumba v. Bondi*, Civ. No. 25-CV-14626, 2025 WL 2753496 (D.N.J. Sept. 26, 2025).

The Court has considered the matter and **GRANTS** the Petition for the same reasons stated in *Vasquez Lucero*.

**IT IS** on this 29th day of December 2025,

---

[1] Petitioner also filed a motion for a temporary restraining order ("TRO") seeking to enjoin his transfer out of the District and to require Respondents to provide him with a bond hearing. (ECF No. 2.) The Court granted his request to temporarily enjoin his transfer and ordered an answer on an expedited basis. (ECF No. 3.)

[2] Respondents agree that Petitioner is a native and citizen of Venezuela who entered the United States without inspection in June 2021 and was arrested by ICE on or about December 12, 2025.

**ORDERED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED**; and it is further

**ORDERED that Respondents shall provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(d) within 7 days**; and it is further

**ORDERED** that within 3 days of the bond hearing, Respondents shall file a letter advising the Court of the outcome of the bond hearing, at which time the Court will dissolve any temporary restraints and close the matter accordingly.

*s/ Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States District Judge**

=