CLOSING



**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Jessica Laserna*
Assistant United States Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jessica.laserna@usdoj.gov*

main: (973) 645-2700
direct:(973) 297-2019

January 7, 2026

**BY ECF**
Honorable Madeline Cox Arleo
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:    ***Morales-Flores v. Warden, et al.,*** Civil No. 25-18622 (MCA)
       **Petitioner's Bond Hearing**

Dear Judge Arleo:

This Office represents Respondents in this habeas matter. We respectfully write pursuant to the Court's December 29, 2025 Order, ECF No. 6, to confirm that Petitioner received a bond hearing on January 5, 2025. At that hearing, an Immigration Judge granted Petitioner's request for a custody redetermination and released Petitioner from custody under bond of $10,000. We therefore respectfully request that Your Honor close this case.

Thank you very much for your attention to this matter.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff &
Associate Deputy Attorney General
Special Attorney

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  1/13/26

By:    */s/ Jessica Laserna*
       JESSICA LASERNA
       Assistant United States Attorney
       *Attorneys for Respondents*

cc:    Counsel of record (via ECF)